IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL CAVNESS,

        Plaintiff,

vs.

ROSS MIRKARIMI, et al.,

        Defendants.

                                                  /

No. C 12-05452 YGR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order of Dismissal Without Prejudice,

IT IS ORDERED AND ADJUDGED

That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

DATED: August 16, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\CR.12\Cavness5452.jud.frm